IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITY SOFTWARE SYSTEMS, INC.,  )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     No. 05 C 3787
                                  )
SECURITY SOFTWARE SYSTEMS, LTD.,  )
et al.,                           )
                                  )
            Defendants.           )

## MEMORANDUM OPINION AND ORDER

In response to this Court's June 30, 2005 inquiry, counsel for plaintiff Security Software Systems, Inc. has provided a prompt response as to the nature of the two defendants, each of which is described in the Complaint as "a limited registered company of the United Kingdom of Great Britain and Northern Ireland." That information confirms the existence of diversity jurisdiction under 28 U.S.C. §1332(a)(2), which confers such jurisdiction between "citizens of a State and citizens or subjects of a foreign state." Accordingly this action may go forward in this District Court.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 12, 2005