IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITY SOFTWARE SYSTEMS, INC., )
                                 )
            Plaintiff,           )
                                 )
     v.                          )    No. 05 C 3787
                                 )
SECURITY SOFTWARE SYSTEMS, LTD., )
et al.,                          )
                                 )
            Defendants.          )

<u>MEMORANDUM ORDER</u>

Security Software Systems, Ltd. ("Security Limited") and Securus Software Limited ("Securus") have filed a motion to amend the order that this Court entered on October 13, 2006 ("Order") and to file a fees demand pursuant to 28 U.S.C. §1927 ("Section 1927"). Security Software Systems, Inc. ("Systems") has in turn filed an objection to the first aspect of that motion but not as to the second. This memorandum order will address both facets of the motion.

Although some of the arguments advanced by Systems are based on doubtful hypotheses, it is certainly true that any financial burden that Systems ought to bear because of its delay in instituting arbitration may well vary depending on the nature of the ultimate arbitration award. That being so, the motion to amend the Order is denied without prejudice--and because the Federal Arbitration Act requires this Court to stay the action while arbitration is proceeding, it will necessarily retain jurisdiction to sort the matter out as and when the arbitration

award comes down.

As for the issue of an attorneys' fee award pursuant to Section 1927, Security Limited and Securus are granted leave to file such a request in compliance with the procedure established by this District Court's LR 54.3, with Systems to comply with the prescribed procedure as well. When the parties have thus joined issue, this Court will resolve the matter.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date: December 4, 2006